UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
———————————————————————X

JAHVON BROMFIELD,

        Plaintiff,

- against -

CAPT. DAWKINS # 1669; MONICA
WINDLEY, Deputy Warden in Command,
North Infirmary Command; YOLANDA
CANTY, Assistant Chief, Division 11;
C.O. LUE # 18509 ; MINSEY HOLNESS
(Grievance); CAPT. TILLERY # 4448; THE
SUPERVISOR OF MAINTENANCE AT
RIKERS ISLAND CORRECTIONAL
FACILITY,

        Defendants.
———————————————————————X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUL 18 2016 ★
BROOKLYN OFFICE

MEMORANDUM
AND ORDER
15-CV-3689 (CBA)(RML)

LEVY, United States Magistrate Judge:

      By Order dated May 23, 2016, Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915 was granted and he was directed to provide addresses for the individual defendants listed in the complaint so that they could be served with the complaint. By letter received June 15, 2016, plaintiff provided the following address for the defendants, all of whom work in the North Infirmary Command of Rikers Island: 1500 Hazen Street, East Elmhurst, New York, 11370. The Clerk of the Court is directed to issue a summons against defendants at this address, and the United States Marshals Service is directed to serve the complaint, the Court's May 23, 2016 Order, and this Order on the defendants without prepayment of fees. A copy of this Order shall be served on the Special Federal Litigation Division of the Corporation Counsel.

SO ORDERED.

                                            /S/ Judge Robert M. Levy
                                            Robert M. Levy
                                            United States Magistrate Judge

Dated: Brooklyn, New York
       July 18, 2016